UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                      CASE NO.:  12-40203-BKC-LMI
                                                            Chapter 7
**ANTONIO VINDELL**
SSN: XXX-XX-5400
**MARIA VINDELL**
SSN: XXX-XX-9648
_____Debtors._____/

## TRUSTEE'S MOTION TO COMPEL
## TURNOVER OF NON-EXEMPT PROPERTY

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Antonio Vindell

and Maria Vindell (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and

542 of the Bankruptcy Code, files this Motion to Compel Turnover Non-Exempt Property

(the "Motion"), and in support thereof, states as follows:

1.      This case commenced with the filing of a voluntary Chapter 7 Petition by the

Debtors, Antonio Vindell and Maria Vindell (the "Debtors"), on December 20, 2012.  Marcia

T. Dunn is the duly appointed Chapter 7 Trustee.

2.      The Debtors' Schedule "A" lists their interest in, among other things, certain

non-exempt real property in San Marcos Carazo, Nicaragua (the "Non-Exempt Real

Property").

3.      The Debtors' Schedule "B" lists a variety of personal property with an

aggregate scheduled value of $23,025.32 (collectively, and together with the Non-Exempt

Real Property, the "Property"), including, but not limited to: (a) a 2001 Chevrolet Cavalier

(the "Cavalier"); (b) a 2003 Chevrolet Impala Sedan (the "Impala"); and (c) a 2004 Chevrolet

Monte Carlo LS Coupe (the "Monte Carlo" and collectively with the Cavalier and the Impala,

the "Vehicles").

4.      The Trustee asserts that a portion of the Property, including but not limited to, the Vehicles, is substantially undervalued.

5.      On February 21, 2013, the Trustee filed an Objection to Debtors' Scheduled Valuation and Claimed Exemption of Scheduled Property [ECF No. 21], and on March 4, 2013, the Court entered an Agreed Order Sustaining Trustee, Marcia T. Dunn's Objection to Debtors' Scheduled Valuation and Claimed Exemption of Scheduled Property [ECF No. 25].

6.      The Trustee has been attempting to negotiate a global settlement with the Debtors for the valuation and repurchase of their non-exempt interest in the Property, to no avail.

7.      The Debtors' non-exempt interest in the Property is property of the estate pursuant to 11 U.S.C. §541, and subject to turnover pursuant to 11 U.S.C. §542.

8.      The Debtors' failure to either: (a) repurchase their non-exempt interest in the Property; or (b) turn over their non-exempt interest in the Property to the Trustee, is prejudicing the Trustee's administration of this Estate.

9.      Accordingly, the Trustee seeks entry of an order compelling the Debtors to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase their non-exempt interest in the Property; or (b) immediately turn over the Vehicles to the Trustee.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Antonio Vindell and Maria Vindell, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtors to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase their non-exempt

interest in the Property; or (b) immediately turn over the Vehicles to the Trustee; and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 1, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the following:

Antonio Vindell
15524 SW 63 TERR.
Miami, FL 33193

Maria Vindell
15524 SW 63 TERR.
Miami, FL 33193

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for Trustee, Marcia. T. Dunn
One Flagler Building
14 Northeast First Avenue - PH
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
Jtabas@tabasfreedman.com